UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS CRANDLE and MINDO SILALAHI, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CACH, LLC; RESURGENT CAPITAL SERVICES, L.P.; and DOES 1 through 5,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-CV-2269-DMS-WVG<br><br>**ORDER VACATING TELEPHONIC STATUS CONFERENCE AND STAYING DISCOVERY** |

     On February 4, 2021, this Court issued an Order setting a telephonic status conference to February 16, 2021 at 9:00 a.m. (Doc. No. 13.) On February 5, 2021, the Parties contacted this Court's Chambers and the Court heard the Parties' request to stay discovery, as reflected in their January 27, 2021 Joint Motion to Stay Discovery (Doc. No. 12.) After hearing from the Parties, the Court is inclined to grant a temporary stay on discovery until the parties in the related case, *Shaughnessy v. LVNV Funding, LLC, et al.* (20-CV-1809- DMS-WVG), work to resolve their ongoing discovery disputes. Accordingly, the Court hereby STAYS discovery for a period of thirty (30) days following the March 9, 2021 Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") in this matter. Unless otherwise modified by a separate order of this

1 Court, this temporary discovery stay shall expire on April 9, 2021. Finally, given that the
2 need for the February 16, 2021 hearing is now obviated, the Court VACATES the February
3 16, 2021 hearing in this matter.

**IT IS SO ORDERED.**

Dated: February 5, 2021

Hon. William V. Gallo
United States Magistrate Judge